Same case below, 612 F.3d 684.

Same case below, 391 Fed. Appx. 274.

**No. 10-7621. Dontavius Wise, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 954, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 547.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 389 Fed. Appx. 566.

**No. 10-7623. Corey Jermine Whitney, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 954, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 410.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 277.

**No. 10-7624. Adolfo Verdugo, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 954, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 103.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 617 F.3d 565.

**No. 10-7625. Robert Bernard Alexander, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 954, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 98.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-7626. Marquise Laguan Bowie, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 954, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 244.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 802.

**No. 10-7630. Daniel Giannini, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 954, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 459.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7636. Ruben Sanchez-Guzman, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 955, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 395.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 8.

**No. 10-7638. Charles W. McGee, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 955, 178 L. Ed. 2d 787, 2011 U.S. LEXIS 91.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 615 F.3d 1287.